## SWETT v. MOHLIS ET AL.

EVIDENCE: RES ADJUDICATA.

*Appeal from Bremer District Court.*

FRIDAY, JUNE 19.

THIS action is upon a promissory note executed by the defendants to the plaintiff, on which thirty-nine dollars are claimed to be due. There was a jury trial, resulting in a verdict for plaintiff. From the judgment thereon defendants appeal.

*G. C. Wright*, for appellants.

No appearance for appellee.

MILLER, CH. J.—The defendants and appellants set up in their answer that the note sued on was given without consideration, and was obtained from defendants by fraud, and that the subject matter of the suit was adjudicated in a former suit. The entire argument of appellants' counsel is devoted to a discussion of the evidence in the case. The evidence, although somewhat conflicting, fully sustains the verdict. The judgment, therefore, will be affirmed.

AFFIRMED.